460 A.2d 857

Commonwealth v. Mamuzich, Appellant.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

460 A.2d 857

Commonwealth v. McDaniels, Appellant.

Before SPAETH, BECK and JOHNSON, JJ.
Order affirmed.